### In re Lewis E. Ingalls Trust.
### Myra H. Peale et al., Appellants, v. Arthur J. Hughes, Appellee.

Gen. No. 9,781.

Heard in this court at May term, 1942; opinion filed August 21, 1942. Robert W. Childs and Bobb, Spoerri, Bourland & Harris, for certain appellants; William L. Bourland, of counsel; Frederick A. Hill, for certain other appellant; Philip A. Gibbons and Wise, Duffy & Wise, for appellee; Philip A. Gibbons, of counsel. Opinion by JUSTICE WOLFE. "Not to be published in full."